United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CESAR ARAUJO MORENO, § | CIVIL ACTION NUMBER |
| Petitioner, § | 4:26-cv-01366 |
| § | |
| versus § | JUDGE CHARLES ESKRIDGE |
| § | |
| KRISTI NOEM, *et al*, § | |
| Respondents. § | |

ORDER

Petitioner Cesar Araujo Moreno filed a petition for writ of *habeas corpus* on February 19, 2026. Dkt 1. He acknowledges illegal entry into the United States at a prior date but nonetheless asserts that his present detention under 8 USC §1225(b) violates (i) the Immigration and Nationality Act and its implementing regulations, (ii) the Due Process Clause of the Fifth Amendment and its "equal protection guarantee," (iii) the Administrative Procedure Act, and (iv) the *Accardi* doctrine as to 8 CFR §§287.8(c)(2)(i), (ii). Id at ¶¶71–138.

Among other relief, Petitioner seeks a court order directing Respondents to show cause as to why he should not be released or, alternatively, release him or provide him a bond hearing. Id at 37.

The claim as framed in this petition is somewhat novel and appears distinct from issues in this context recently decided by the Fifth Circuit in *Buenrostro-Mendez v Bondi*, 2026 WL 323330 (5th Cir). Petitioner is thus entitled to a show-cause order pursuant to 28 USC §2243.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's

continued detention. Such filing must be made by March 2, 2026, absent extension.

Petitioner may file any reply by March 5, 2026.

Hearing will be set if determined necessary after briefing closes. But a hearing will be set upon affirmative request by either party, either by Zoom or in person.

It is ORDERED that the Clerk will email this order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on February 23, 2026, at Houston, Texas.

*CREskridge*
Honorable Charles Eskridge
United States District Judge